IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
01 JAN 30 PM 2:27
U.S. DISTRICT COUR
N.D. OF ALABAMA

Stephen Ray Steadman

Inmate Identification Number: # 166169

_____

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

Walker County Sheriffs Dept.
Judge James C. Brotherton
Assitant District Attorney
Bill ADAIR

(Enter above full name(s) of the defendant(s) in this action)

**NOTICE TO FILING PARTY**

*It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.*

CV-01-J-0289-J

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )     No (X)

   B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s):  N-A

         Defendant(s):  N-A

/

2. Court (if Federal Court, name the district; if State Court, name the county) **N-A**

3. Docket number **N-A**

4. Name of judge to whom case was assigned **N-A**

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) **N-A**

6. Approximate date of filing lawsuit **N-A**

7. Approximate date of disposition **N-A**

II. Place of present confinement **William E Donaldson. Corr. Fac.**

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No ( X )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No ( X )

   C. If your answer is YES:
      1. What steps did you take? **NONE**
      2. What was the result? **N-A**

   D. If your answer is NO, explain why not? **this Institution has Nothing to do with this case**

2

III. Parties
In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) __Stephen Ray Steadman__

Address __Donaldson Corr. Fac. 100 Warrior Lane Bessemer, Alabama, 35023-7299__

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant __Walker County Sheriffs Dept.__
   is employed as __Sheriffs Dept.__
   at __Walker County Sheriffs Dept.__

C. Additional Defendants __Judge James C. Brotherton Assitant District Attorney Bill Adair__

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I plead Guilty to Assault 2nd on February 22, 1994, and was sentenced to six (6) years with a split Sentence of one day to serve and ten (10) years probation, my probation was Revoked on

3

May. 27 1994 At that time I was sent to prison, and served my time, I E.O.S my Sentence November 5, 1995 and was Released from prison I was Rearrested June of 1996, on the same warrant that I was originaly picked upon (ASSAULT 2nd) When I got to the Jail, I showed them my Release

See Attached →

V. **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want a trial By Jury, I want to Be Compensated For the unLawFul Imprisonment, Pain and Suffering and punative Damages, In the amount of $1,000,000.00 I also want the WilFul Failure to Return took of my Record

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 26, 2001.

Steve Steadman

Signature(s)

4

papers, and told them that I had already served the time on that charge. They said I had a hold on me, that I would have to see Judge James. C. Brotherton, I owed $250,000.00 In Restututian, they held me about 2 weeks, and then sent me to the county work-Release, with No charge against me At All. I told them that I didn't want to go to the work-Release, Because I wasn't even suppose to be Locked up. But they sent me anyway. So the Next day I checked out and didn't come back, I went to try and get this staighten out. But I was picked Back up, and then charged with A feloney Escape. They Finally took me Before the Judge Sometime in August of 1996, and told me what was going on. District Attorney Bill Adair Said that the Department of Corrections made a mistake and Released me to Early. They said that I still owed the State (317) days. The Judge gave me the time that I was on the street, and sentenced me to serve 6 more months that I had to serve in the county Jail. I was Given No chance to try to get proof that I was Finished with the Sentence, I was already Incarcirated, and that I would Remain that way.

I then called the Department of corrections and they said As Far as they were Concerned

I was finished with them. but I was given a new Release Date and had to Serve 6 more months on a Charged that I had already Served the time on. So I was wrongfully arrested, and Served time For Faults Imprisonment. I was Released Jan. 1997, and then brought Back to court For Escape. (Which would have Never happened if I had'nt have Been Wrongfully Imprisoned) I was Given a Choice of Facing a Escape 3rd or plead Guilty to Willful Failure to Return. with one year probation. Which I plead Guilty to, to Keep From Facing a Felony Escape. My probation was Revoked 6/03/1999. I was Sentenced 1/11/1999. I was arrested 4/19/1999. and then was Revoked on above Date. So I Served one year In the county Jail For Wilful Failure to Return I Finished Serving that time, June, of 2000. So I Served 18 months will actually 20 months For Reasons unknown to me. I Really Believe I was unlawful Imprisoned I Served time on the Same Sentence twice.

The Reason I waited till Now, is to See what Become of the Escape Charge Which I Just Finished Serving the time on In June of 2000 I'm Just Now getting the paper work I need to prove my case
                                    Thank you
                                    Steve Steadman