IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| STEPHEN RAY STEADMAN, | ) |
| Plaintiff, | ) |
| vs. | ) CV 01-J-0289-J |
| WALKER COUNTY SHERIFF'S DEPARTMENT, JUDGE JAMES C. BROTHERTON, and ASSISTANT DISTRICT ATTORNEY BILL ADAIR, | ) |
| Defendants. | ) |

FILED
APR 25 PM 12:40
U.D. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
APR 2 5 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 8, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 25 day of April, 2001.

INGE JOHNSON
UNITED STATES DISTRICT JUDGE

